IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GREENLEY, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, et al., | : | NO. 06-CV-0465 |
| Respondents. | : | |

ORDER

AND NOW, this 31st day of July 2006, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 9) and Petitioner's Objections to the Report and Recommendations (Doc. No. 12), it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.